**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Earl Edward WEBB, Defendant–
Appellant.**

**No. 06–6926.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 31, 2006.

Decided: Nov. 6, 2006.

Earl Edward Webb, Appellant Pro Se.
Steve R. Matheny, Office of the United
States Attorney, Raleigh, North Carolina,
for Appellee.

Before WILLIAMS, MICHAEL, and
GREGORY, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Earl Edward Webb seeks to appeal the
district court's order denying relief on his
28 U.S.C. § 2255 (2000) motion. The or-
der is not appealable unless a circuit jus-
tice or judge issues a certificate of appeal-
ability. 28 U.S.C. § 2253(c)(1) (2000). A
certificate of appealability will not issue
absent "a substantial showing of the denial
of a constitutional right." 28 U.S.C.
§ 2253(c)(2) (2000). A prisoner satisfies
this standard by demonstrating that rea-
sonable jurists would find that any assess-
ment of the constitutional claims by the
district court is debatable or wrong and
that any dispositive procedural ruling by
the district court is likewise debatable.
*Miller–El v. Cockrell,* 537 U.S. 322, 336–
38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003);
*Slack v. McDaniel,* 529 U.S. 473, 484, 120
S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose
v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001).
We have independently reviewed the rec-
ord and conclude that Webb has not made
the requisite showing. Accordingly, we
deny a certificate of appealability and dis-
miss the appeal. Webb's motion to supple-
ment the record on appeal is denied. We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*DISMISSED.*